## TERRITORY OF MICHIGAN
v.
### HENRY HUDSON

1809

JOURNAL ENTRIES

1. Rule for recognizance . . . . . . . . *Journal, infra,* \*p. 215
2. Recognizance . . . . . . . . . . . . " 216
3. Prosecutor's name ordered entered . . . . . . " 232
4. Arraignment; plea; jurors; verdict . . . . . . " 233
5. Reasons in arrest filed . . . . . . . . . . " 238
6. Witness fees allowed . . . . . . . . . . " 239
7. Indictment quashed; reasons given . . . . . . " 251
8. Rule for recognizance . . . . . . . . . . " 251

PAPERS IN FILE
[None]

## TERRITORY OF MICHIGAN
v.
### HENRY HUDSON

1809

JOURNAL ENTRIES

1. Rule for recognizance . . . . . . . . . *Journal, infra,* \*p. 215
2. Recognizance . . . . . . . . . . . . . " 217
3. Plea; issue; jurors; verdict; judgment . . . . . . " 235

PAPERS IN FILE
[None]